UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------x
                                    :
KYOCERA DOCUMENT SOLUTIONS          :
AMERICA, INC.,                      :
                                    :
                Plaintiff,          :
                                    :
        v.                          :     Court No. 21-00032
                                    :
UNITED STATES,                      :
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. Plaintiff is the importer of record.

2. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

3. The subject merchandise covered by the entries set forth on attached Schedule A consists of printer maintenance kits, which consist of two or more replacement parts for printer units.

4. The subject merchandise was classified by U.S. Customs and Border Protection upon liquidation under subheading 8443.99.2050 of the Harmonized Tariff Schedule of the United States ("HTSUS") and assessed Section 301 duties at the rate of 25% *ad valorem* under secondary subheading 9903.88.01, HTSUS.

Stipulated Judgement on Agreed Statement of Facts, Court No. 21-00032 (continued)

     5.     The subject merchandise is excluded from Section 301 duties pursuant to an exclusion granted by the United States Trade Representative, which is annotated under subheading 9903.88.14, HTSUS, and U.S. Note 20(q)(101) to subchapter III of chapter 99, HTSUS.

     6.     The subject merchandise is classifiable under subheading 8443.99.2050, HTSUS, free of duty, and secondary subheading 9903.88.14, HTSUS, and is not subject to Section 301 duties.

     7.     The subject merchandise set forth on the attached Schedule is stipulable in accordance with this agreement.

     8.     The duty refunds payable by reason of this judgment are to be paid with interest as provided for by law.

     9.     All other claims and non-stipulable merchandise or entries are abandoned.

     10.     Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By: _____
Robert B. Silverman    WFM for RBS
GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff 599
Lexington Avenue 36th
Floor
New York, New York 10022 Tel.:
(212) 557-4000
Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By: _____
JUSTIN MILLER
Digitally signed by JUSTIN MILLER
Date: 2022.12.22 12:36:30 -05'00'
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field
Office

JAMIE SHOOKMAN
Digitally signed by JAMIE SHOOKMAN
Date: 2022.12.22 14:00:08 -05'00'
_____
Jamie L. Shookman
Trial Attorney
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
(212) 264-2107
Fax: (212) 264-1916
Attorneys for Defendant

Stipulated Judgement on Agreed Statement of Facts, Court No. 21-00032 (continued)

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
					Judge

Dated: _____, 2022

## SCHEDULE A

**Summons Filed:**
**Port: Dallas/Ft. Worth, TX**

| PROTEST NUMBER | ENTRY NUMBER | ENTRY DATE | KIT NUMBERS |
|---|---|---|---|
| 5501-19-100477 | 610-8005436-6 | 10/29/2018 | MK-710 120V60HZ<br>MK-715 120V60HZ<br>MK-716 120V60HZ<br>MK-726<br>MK-550<br>MK-592<br>MK-1142<br>MK-340<br>MK-370B<br>MK-350B<br>MK-320 120V60HZ<br>MK-360<br>MK-132<br>MK-172<br>MK-8725A<br>MK-8715A<br>MK-8715D<br>MK-8305C<br>MK-6305A<br>MK-6317A<br>MK-8305A<br>MK-8325A<br>MK-6705CA<br>MK-855A |
| 5501-19-100477 | 610-8005528-0 | 11/18/2018 | MK-310 120V60HZ<br>MK-320 120V60HZ<br>MK-340<br>MK-360<br>MK-710 120V60HZ<br>MK-132<br>MK-550<br>MK-592<br>MK-172<br>MK-1142<br>MK-5197A<br>MK-5207A<br>MK-8505A<br>MK-8715A<br>MK-8515B<br>MK-895A |

| | | | |
|---|---|---|---|
| | | | MK-6325 |
| | | | MK-8305A |
| | | | MK-6715C |
| | | | MK-8515A |
| | | | MK-8335D |
| | | | MK-8505B |
| | | | MK-8305B |
| | | | MK-470 |
| | | | MK-8335A |
| | | | MK-5217A |
| | | | MK-580 |
| | | | MK-370B |
| | | | MK-350B |
| | | | MK-671 |
| | | | MK-855B |
| | | | MK-865B |
| | | | MK-477 |
| | | | MK-7127 |
| | | | MK-8325A |
| | | | MK-896B |
| | | | MK-8305C |
| | | | MK-8315B |
| 5501-20-102481 | 610-8005639-5 | 12/19/2018 | MK-895A |
| | | | MK-8505A |
| | | | MK-8305A |
| | | | MK-8715A |
| | | | MK-8715D |
| | | | MK-8325A |
| | | | MK-8505C |
| | | | MK-8305C |
| | | | MK-8305B |
| | | | MK-8315B |
| | | | MK-6305A |
| | | | MK-6317A |
| | | | MK-8335A |
| | | | MK-8515A |
| | | | MK-6335 |
| | | | MK-470 |
| | | | MK-6725F |
| | | | MK-6705A |
| | | | MK-6715A |
| | | | MK-310 120V60HZ |
| | | | MK-320 120V60HZ |
| | | | MK-340 |
| | | | MK-350B |
| | | | MK-710 120V60HZ |
| | | | MK-715 120V60HZ |

| | | | |
|---|---|---|---|
| | | | MK-716 120V60HZ |
| | | | MK-726 |
| | | | MK-5217A |
| | | | MK-8335D |
| | | | MK-420 120V60HZ |
| | | | MK-855A |
| | | | MK-460 |
| | | | MK-132 |
| | | | MK-370B |
| | | | MK-172 |
| | | | MK-550 |
| | | | MK-592 |
| | | | MK-671 |
| | | | MK-1142 |
| 5501-20-102783 | 610-8005674-2 | 01/11/2019 | MK-710 120V60HZ |
| | | | MK-895A |
| | | | MK-8505B |
| | | | MK-6317A |
| | | | MK-8315B |
| | | | MK-8715D |
| | | | MK-6715C |
| | | | MK-8505C |
| | | | MK-477 |
| | | | MK-8505A |
| | | | MK-8305A |
| | | | MK-6725F |
| | | | MK-470 |
| | | | MK-420 120V60HZ |
| | | | MK-716 120V60HZ |
| | | | MK-726 |
| | | | MK-132 |
| | | | MK-172 |
| | | | MK-1142 |
| | | | MK-350B |
| | | | MK-671 |
| | | | MK-592 |
| | | | MK-8705A |
| | | | MK-8305B |
| | | | MK-6705A |
| | | | MK-6715A |
| | | | MK-8705D |
| | | | MK-8305C |
| | | | MK-8525B |
| | | | MK-6335 |
| 5501-20-102783 | 610-8005676-7 | 01/16/2019 | MK-310 120V60HZ |
| | | | MK-320 120V60HZ |
| | | | MK-715 120V60HZ |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MK-716 120V60HZ |
|  |  |  | MK-360 |
|  |  |  | MK-671 |
|  |  |  | MK-726 |
|  |  |  | MK-460 |
|  |  |  | MK-855A |
|  |  |  | MK-865A |
|  |  |  | MK-172 |
|  |  |  | MK-1142 |
|  |  |  | MK-550 |
|  |  |  | MK-865B |
|  |  |  | MK-370B |
|  |  |  | MK-5217A |
|  |  |  | MK-8505C |
|  |  |  | MK-6715C |
|  |  |  | MK-6705A |
|  |  |  | MK-6317A |
|  |  |  | MK-8505B |
|  |  |  | MK-477 |
|  |  |  | MK-8315B |
|  |  |  | MK-895A |
|  |  |  | MK-8705A |
|  |  |  | MK-8505A |
|  |  |  | MK-6335 |
|  |  |  | MK-6715A |
| 5501-20-102783 | 610-8005722-9 | 01/28/2019 | MK-710 120V60HZ |
|  |  |  | MK-671 |
|  |  |  | MK-5197A |
|  |  |  | MK-8525B |
|  |  |  | MK-8725A |
|  |  |  | MK-6335 |
| 5501-20-102783 | 610-8005771-6 | 02/15/2019 | MK-710 120V60HZ |
|  |  |  | MK-8505C |
|  |  |  | MK-8525B |
|  |  |  | MK-6725F |
|  |  |  | MK-8715E |
|  |  |  | MK-6715C |
|  |  |  | MK-8305B |
|  |  |  | MK-8715D |
|  |  |  | MK-6305A |
|  |  |  | MK-6317A |
|  |  |  | MK-8305C |
|  |  |  | MK-6715A |
|  |  |  | MK-8505A |
|  |  |  | MK-6335 |
|  |  |  | MK-716 120V60HZ |
|  |  |  | MK-726 |

| | | | |
|---|---|---|---|
| | | | MK-360<br>MK-350B<br>MK-132<br>MK-172<br>MK-1142<br>MK-865B<br>MK-370B<br>MK-592<br>MK-8335A<br>MK-477<br>MK-8315B<br>MK-8705D<br>MK-8715C<br>MK-8335B |
| 5501-20-102783 | 610-8005796-3 | 02/22/2019 | MK-855A<br>MK-865B<br>MK-865A<br>MK-1142<br>MK-360<br>MK-580<br>MK-5217A<br>MK-340<br>MK-6317A<br>MK-8525A<br>MK-6335<br>MK-470<br>MK-8505B<br>MK-6715C<br>MK-6725F<br>MK-8505C<br>MK-8705A<br>MK-8505A<br>MK-8715A<br>MK-477<br>MK-6305A<br>MK-8305B<br>MK-8725B<br>MK-8725A |
| 5501-20-102783 | 610-8005819-3 | 02/28/2019 | MK-310 120V60HZ<br>MK-320 120V60HZ<br>MK-360<br>MK-710 120V60HZ<br>MK-715 120V60HZ<br>MK-671<br>MK-580<br>MK-592<br>MK-172 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MK-1142 |
|  |  |  | MK-5217A |
|  |  |  | MK-855A |
|  |  |  | MK-460 |
|  |  |  | MK-8505A |
|  |  |  | MK-8335A |
|  |  |  | MK-6705CA |
|  |  |  | MK-8725A |
|  |  |  | MK-8305C |
|  |  |  | MK-8315A |
|  |  |  | MK-477 |
|  |  |  | MK-6335 |
|  |  |  | MK-8325B |
|  |  |  | MK-7127 |
|  |  |  | MK-8505C |
|  |  |  | MK-8525B |
|  |  |  | MK-6705A |
|  |  |  | MK-6715A |
|  |  |  | MK-8305B |
|  |  |  | MK-865B |
|  |  |  | MK-370B |
|  |  |  | MK-5197A |
|  |  |  | MK-8505B |
|  |  |  | MK-8725B |
|  |  |  | MK-8715C |
| 5501-20-102783 | 610-8005901-9 | 03/17/2019 | MK-6335 |
|  |  |  | MK-8525A |
|  |  |  | MK-470 |
|  |  |  | MK-8505A |
|  |  |  | MK-8305A |
|  |  |  | MK-6725F |
|  |  |  | MK-8505C |
|  |  |  | MK-896B |
|  |  |  | MK-8315B |
|  |  |  | MK-8335B |
|  |  |  | MK-8305C |
|  |  |  | MK-6715A |
|  |  |  | MK-671 |
|  |  |  | MK-460 |
|  |  |  | MK-592 |
|  |  |  | MK-370B |
|  |  |  | MK-172 |
|  |  |  | MK-1142 |
|  |  |  | MK-6317A |
|  |  |  | MK-8325B |
|  |  |  | MK-710 120V60HZ |
|  |  |  | MK-360 |

| | | | |
|---|---|---|---|
| | | | MK-350B |
| | | | MK-855B |
| | | | MK-865B |
| | | | MK-182 |
| | | | MK-726 |
| | | | MK-855A |
| | | | MK-865A |
| | | | MK-477 |
| | | | MK-8315A |
| 5501-20-102783 | 610-8005923-3 | 03/29/2019 | MK-310 120V60HZ |
| | | | MK-340 |
| | | | MK-360 |
| | | | MK-671 |
| | | | MK-420 120V60HZ |
| | | | MK-460 |
| | | | MK-592 |
| | | | MK-350B |
| | | | MK-5197A |
| | | | MK-5207A |
| | | | MK-5217A |
| | | | MK-880A |
| | | | MK-370B |
| | | | MK-8315A |
| | | | MK-8325A |
| | | | MK-8505C |
| | | | MK-8305C |
| | | | MK-6725F |
| 5501-20-102783 | 610-8005984-5 | 04/07/2019 | MK-710 120V60HZ |
| | | | MK-715 120V60HZ |
| | | | MK-716 120V60HZ |
| | | | MK-360 |
| | | | MK-726 |
| | | | MK-896B |
| | | | MK-6117 |
| | | | MK-8505C |
| | | | MK-8315A |
| | | | MK-6335 |
| | | | MK-470 |
| | | | MK-8505A |
| | | | MK-8305A |
| | | | MK-6715A |
| | | | MK-6317A |
| | | | MK-8715E |
| | | | MK-6715C |
| | | | MK-8715D |
| | | | MK-8335A |
| | | | MK-8335E |

| | | | |
|---|---|---|---|
| 5501-20-102783 | 610-8006006-6 | 04/14/2019 | MK-8705A |
| | | | MK-8505A |
| | | | MK-8305A |
| | | | MK-8305B |
| | | | MK-8715A |
| | | | MK-8325A |
| | | | MK-8335E |
| | | | MK-6715C |
| | | | MK-6335 |
| | | | MK-896B |
| | | | MK-477 |
| | | | MK-8315B |
| | | | MK-8325B |
| | | | MK-6117 |
| | | | MK-8505C |
| | | | MK-470 |
| | | | MK-8335D |
| | | | MK-6715A |
| | | | MK-460 |
| | | | MK-592 |
| | | | MK-132 |
| | | | MK-1142 |
| | | | MK-350B |
| | | | MK-360 |
| | | | MK-710 120V60HZ |
| | | | MK-715 120V60HZ |
| | | | MK-550 |
| | | | MK-560 |
| | | | MK-370B |
| | | | MK-172 |
| | | | MK-5200 |
| | | | MK-420 120V60HZ |
| | | | MK-671 |
| | | | MK-5197A |
| | | | MK-8305C |
| | | | MK-8725B |
| | | | MK-8505B |
| | | | MK-8335B |
| | | | MK-8525B |
| | | | MK-8725A |
| | | | MK-6725F |
| | | | MK-8335A |
| | | | MK-8525A |
| | | | MK-340 |
| | | | MK-716 120V60HZ |
| | | | MK-726 |
| | | | MK-5217A |

Stipulated Judgement on Agreed Statement of Facts, Court No. 21-00032 (continued)

| | | | |
|---|---|---|---|
| 5501-20-102783 | 610-8006028-0 | 04/24/2019 | MK-716 120V60HZ<br>MK-580<br>MK-8335A<br>MK-8525A<br>MK-6305A<br>MK-6705A<br>MK-6715C<br>MK-6725F<br>MK-8505B<br>MK-8305A<br>MK-8505A<br>MK-6715A<br>MK-896B<br>MK-8715E<br>MK-8725A<br>MK-6117<br>MK-8305C<br>MK-8335B<br>MK-6317A |

**Port: Memphis, TN**

| PROTEST NUMBER | ENTRY NUMBER | ENTRY DATE | KIT NUMBER |
|---|---|---|---|
| 2006-19-100766 | 286-6551989-9 | 07/11/2018 | MK-710 |
|  |  |  | MK-715 |
|  |  |  | MK-137 |
|  |  |  | MK-5317A |
| 2006-19-100766 | 286-6552167-1 | 07/16/2018 | MK-475 |
|  |  |  | MK-710 |
|  |  |  | MK-340 |
|  |  |  | MK-6725G |
| 2006-19-100766 | 610-8005137-0 | 07/24/2018 | MK-475 |
|  |  |  | MK-710 |
|  |  |  | MK-340 |
|  |  |  | MK-360 |
|  |  |  | MK-6725G |
|  |  |  | MK-6110 |
|  |  |  | MK-865B |
|  |  |  | MK-8335A |
|  |  |  | MK-8505B |
|  |  |  | MK-8305B |
|  |  |  | MK-8335B |
|  |  |  | MK-6725F |
|  |  |  | MK-477 |
|  |  |  | MK-896B |
|  |  |  | MK-8315B |
|  |  |  | MK-8325B |
|  |  |  | MK-8115B |
|  |  |  | MK-8715D |
|  |  |  | MK-8715C |
|  |  |  | MK-8715E |
|  |  |  | MK-8505A |
|  |  |  | MK-8305A |
|  |  |  | MK-8715A |
|  |  |  | MK-6317A |
|  |  |  | MK-6705CA |
|  |  |  | MK-6715C |
|  |  |  | MK-320 120V60HZ |
|  |  |  | MK-6705A |
|  |  |  | MK-6715A |
|  |  |  | MK-8725B |
|  |  |  | MK-8515B |
|  |  |  | MK-6305A |
|  |  |  | MK-855A |
|  |  |  | MK-895A |
|  |  |  | MK-8315A |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MK-896A |
|  |  |  | MK-8325A |
|  |  |  | MK-865A |
|  |  |  | MK-8515A |
|  |  |  | MK-6325 |
|  |  |  | MK-8335D |
|  |  |  | MK-460 |
|  |  |  | MK-83058 |
|  |  |  | MK-8705D |
|  |  |  | MK-8505C |
|  |  |  | MK-8705A |
|  |  |  | MK-8705B |
|  |  |  | MK-660B |
|  |  |  | MK-420 120V60HZ |
|  |  |  | MK-671 |
|  |  |  | MK-8115A |
|  |  |  | MK-710 120V60H1 |
|  |  |  | MK-716 120V60HZ |
|  |  |  | MK-7107 |
|  |  |  | MK-715 120V6OHZ |
|  |  |  | MK-592 |
|  |  |  | MK-172 |
|  |  |  | MK-5197A |
|  |  |  | MK-1142 |
|  |  |  | MK-5200 |
| 2006-19-100908 | 286-6552380-0 | 07/24/2018 | MK-710 |
|  |  |  | MK-715 |
|  |  |  | MK-716 |
|  |  |  | MK-1147 |
|  |  |  | MK-7105 |
| 2006-19-100908 | 286-6552756-1 | 08/06/2018 | MK-710 |
| 2006-19-100908 | 610-8005225-3 | 08/10/2018 | MK-710 120V60H1 |
|  |  |  | MK-716 120V60HZ |
|  |  |  | MK-726 |
|  |  |  | MK-320 120V60HZ |
|  |  |  | MK-340 |
|  |  |  | MK-360 |
|  |  |  | MK-592 |
|  |  |  | MK-370B |
|  |  |  | MK-350B |
|  |  |  | MK-172 |
|  |  |  | MK-1142 |
|  |  |  | MK-6305A |
|  |  |  | MK-6725F |
|  |  |  | MK-477 |
|  |  |  | MK-8505A |
|  |  |  | MK-6705A |

| | | | |
|---|---|---|---|
| | | | MK-8505C |
| | | | MK-6705CA |
| | | | MK-8715E |
| | | | MK-6317A |
| | | | MK-8305B |
| | | | MK-6715A |
| | | | MK-896B |
| | | | MK-7107 |
| | | | MK-8325B |
| | | | MK-8325A |
| | | | MK-470 |
| | | | MK-6325 |
| | | | MK-8335D |
| | | | MK-5205B |
| 2006-19-100994 | 286-6553233-0 | 08/16/2018 | MK-710 |
| | | | MK-340 |
| 2006-19-100994 | 610-8005472-1 | 11/07/2018 | MK-716 120V60HZ |
| | | | MK-726 |
| | | | MK-132 |
| | | | MK-370B |
| | | | MK-5217A |
| | | | MK-896A |
| | | | MK-8515A |
| | | | MK-8505A |
| | | | MK-8505B |
| | | | MK-6715C |
| | | | MK-470 |
| | | | MK-8305C |
| | | | MK-865B |
| | | | MK-8335B |
| | | | MK-895A |
| | | | MK-477 |
| | | | MK-710 120V60HZ |
| | | | MK-350B |
| | | | MK-592 |
| | | | MK-172 |
| | | | MK-6325 |
| | | | MK-8505C |
| | | | MK-6705CA |
| | | | MK-896B |
| | | | MK-8315B |
| | | | MK-8715C |
| 2006-19-100994 | 610-8005825-0 | 03/13/2019 | MK-710 120V60HZ |
| | | | MK-716 120V60HZ |
| | | | MK-350B |
| | | | MK-8305A |
| | | | MK-6715A |

| | | | |
|---|---|---|---|
| | | | MK-6725F |
| 2006-20-101130 | 286-6553623-2 | 09/05/2018 | MK-477 |
| | | | MK-671 |
| | | | MK-8705B |
| | | | MK-8305B |
| | | | MK-6715A |
| | | | MK-6325 |
| | | | MK-8515A |
| | | | MK-6305A |
| | | | MK-8335E |
| | | | MK-8335A |
| | | | MK-6715C |
| | | | MK-896A |
| | | | MK-8325A |
| | | | MK-715 120V60HZ |
| | | | MK-716 120V60HZ |
| | | | MK-726 |
| | | | MK-5197A |
| | | | MK-5200 |
| | | | MK-8315A |
| | | | MK-7107 |
| | | | MK-8335B |
| | | | MK-8515B |
| | | | MK-8715E |
| | | | MK-8715D |
| | | | MK-8715A |
| | | | MK-6705A |
| | | | MK-132 |
| | | | MK-172 |
| 2006-20-101130 | 286-6553817-0 | 09/07/2018 | MK-340 |
| | | | MK-4105 |
| | | | MK-710 |
| 2006-20-101130 | 610-8005350-9 | 09/28/2018 | MK-710 |
| | | | MK-475 |
| 2006-20-101480 | 286-6554537-3 | 10/12/2018 | MK-710 |
| 2006-20-101480 | 286-6554726-2 | 10/09/2018 | MK-715 |
| | | | MK-716 |
| | | | MK-726 |
| 2006-20-101480 | 286-6555396-3 | 10/31/2018 | MK-710 |
| | | | MK-726 |
| 2006-20-101480 | 286-6555900-2 | 11/19/2018 | MK-710 |
| | | | MK-716 |
| 2006-20-101480 | 286-6556301-2 | 11/27/2018 | MK-340 |
| 2006-20-101480 | 286-6556557-9 | 11/27/2018 | MK-710 |
| | | | MK-5317A |
| | | | MK-475 |
| | | | MK-550 |

| | | | |
|---|---|---|---|
| | | | MK-4105 |
| 2006-20-101480 | 610-8005594-2 | 12/08/2018 | MK-710 120V60HZ<br>MK-340<br>MK-370B<br>MK-350B<br>MK-132<br>MK-592<br>MK-172<br>MK-1142<br>MK-8305A<br>MK-8305C<br>MK-8515B<br>MK-895A<br>MK-6305A<br>MK-6317A<br>MK-6715A<br>MK-8715B<br>MK-6725F<br>MK-6705A<br>MK-8315B |
| 2006-20-103274 | 286-6556740-1 | 12/14/2018 | MK-710 |
| 2006-20-103321 | 286-6557158-5 | 12/27/2018 | MK-137<br>MK-710<br>MK-715<br>MK-6705CA |